# WILENTZ GOLDMAN & SPITZER P.A.
ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

http://www.wilentz.com

Please reply to:
Woodbridge
**Direct Dial: (732) 855-6432**
**Direct Fax: (732) 726-6615**

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1921-1959)
HENRY M. SPITZER (1928-1988)

WARREN W. WILENTZ
MATTHIAS D. DILEO
MORRIS BROWN
FREDERICK K. BECKER[2]
NICHOLAS L. SANTOWASSO
RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
FRANCIS V. BONELLO
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
SHELDON E. JAFFE[3]
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN[<*]
JAMES E. TRABILSY
MAUREEN S. BINETTI[<]
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT[<]
MICHAEL F. SCHAFF[2,7]
ANGELO JOHN CIFALDI
FRANCIS X. JOURNICK, JR.
KEVIN M. BERRY[2]
NOEL S. TONNEMAN[1]
JOHN T. KELLY[2]
C. KENNETH SHANK[2]

BARRY A. COOKE[2]
JON G. RUDNICK
RUTH D. MARCUS
PETER R. HERMAN[2]
EDWARD T. KOLE
HESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[2,6]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,8,9]
STEVEN P. MARSHALL
DOUGLAS WATSON LUBIC[2]
CHERYL J. OBERDORF
LISA A. GORAB[3]
RUSSELL J. FISHKIND[2]
FRED HOPKE[1]
CHARLES F. VUOTTO, JR.[‡]
DONALD E. TAYLOR[2]
BARRY R. SUGARMAN[2]
BRETT R. HARRIS[2,5]
ALFRED M. ANTHONY[2]
DARREN M. GELBER[2,3]
MATTHEW M. WEISSMAN[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
BLAIR R. ZWILLMAN[2, □]
STEVEN R. ENIS[2]
LAWRENCE C. WEINER[2]

OF COUNSEL
ROBERT A. PETITO
HAROLD G. SMITH
ALFRED J. HILL (1962-2002)
ROBERT J. CIRAFESI (1970-2004)
ALAN B. HANDLER[5]
DOUGLAS T. HAGUE
MYRON ROSNER[2]

COUNSEL
DAVID P. PEPE
SUSANNE S. O'DONOHUE[<]

LISA A. KLEINER[3,†]
RICHARD J. BYRNES
JAY V. SURGENT
LEE ANN McCABE[1]
LAURIE E. MEYERS[2,4]
JAMES P. LUNDY[2,3]
ELIZABETH FARLEY MURPHY
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]
ROBERTO BENITES

ASSOCIATES
LINDA LASHBROOK
LORETTA KIRSCH PRIVES[2]
YVONNE MARCUSE
ELIZABETH C. DELL[2]
ABBY RESNICK-PARIGIAN[2,3]
BRIAN KALVER[2]
ELLEN TORREGROSSA-O'CONNOR
NANCY A. SLOWE[2]
KELLY A. ERHARDT-WOJIE[3]
JEFFREY J. BROOKNER
JAMES E. McGUIRE
FRANCINE E. TAJFEL[2]
ELIZABETH SISO BAIR
RONALD P. COLICCHIO[2,10]
M. MATTHEW MANNION[2]
DANIEL M. SERVISS
COURTENAY C. HANSEN[2]
TODD E. LEHDER[5,7]
JOHN M. CANTALUPO[2]
JOHN E. HOGAN[2]
DONNA A. McBARRON
DANIEL R. WASP[2]
JOSEPH R. ZAPATA, JR.
JOHN P. MURDOCH II
ANNA MARIA TEJADA[2]
MARY H. SMITH
EDWARD J. ALBOWICZ[2]
THOMAS P. KELLY[2,5]

ANNAH MONFORTH
JENNIFER D. SOYKA[2]
EVERETT M. JOHNSON[2]
ALEX LYUBARSKY[2]
GERASIMOS M. KITSOPOULOS[3]
KEVEN H. FRIEDMAN[2]
GREGORY D. SHAFFER[2,<]
JESSICA S. PYATT
LOUIS J. SEMINSKI, JR.
LILLIAN A. PLATA
ROBERT L. SELVERS[3]
PAMELA R. GOLD-ZAFRA[2]
ALYSON M. LEONE[2]
JULIE D. DEMAREE
KEITH L. HOVEY[2]
GEMMA L. ABERNOVICH[2]
KRISTEN M. BENEDETTO[3]
KARL AUGUST DORWART[3]
GIRA A. DESAI
JOSEPH J. RUSSELL, JR.[2]
DEEPA KAIREN
DANIEL A. PRUPIS

◁ Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
‡ Certified Matrimonial Attorney
† Certified Workers Compensation Attorney
* National Certified Civil Trial Specialist Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL

August 11, 2006

Magistrate Judge Cheryl L. Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: **Allstate Insurance Company v. Williams and Gordon/Powell, et al.**
> **Docket No.: 04 CV 4575 (RJD) (CLP)**

Dear Magistrate Pollack:

As the Court is aware, this firm represents defendants Gordon/Powell in connection with the above-referenced Declaratory Judgment Action pending before Your Honor. We also represented the Gordon/Powell children in the underlying personal injury actions which resulted in verdicts for each child and gave rise to the within Action. Further to the Court's instruction, I am writing to advise of the status of the settlement the parties have been working to consummate.

The parties have entered into and executed a Settlement Agreement which will resolve both the verdicts in the personal injury actions and the within matter. I have conferred with my clients and their Mother/Guardian and determined their wishes concerning their receiving the settlement proceeds by structured settlement, deposit in an accredited savings institution as permitted under New York law and/or directly receiving the settlement proceeds where the plaintiff has reached the age of majority. All parties consented to this Court's jurisdiction over the Infant Compromise Hearings. Accordingly, I am now prepared to draft the appropriate Infant Compromise Application for each plaintiff and seek the Court's advice in this regard.

I typically submit an Affidavit of Counsel, Affidavit of Legal Guardian and Physician/Expert Affidavit with certain medical reports with an Infant Compromise Application. I am aware, however that Your Honor may have certain preferences with respect to these materials. I respectfully submit

**WILENTZ
GOLDMAN
&SPITZER P.A.**
ATTORNEYS AT LAW

August 11, 2006
Page 2

that providing additional medical reports and/or expert Affidavits is unnecessary in these matters since the jury already rendered its verdicts regarding each plaintiff's damages. I also note that each child's verdict is being settled in the exact proportion to the jury's verdicts.

Defendants Gordon/Powell respectfully request Your Honor's advice in this regard. We will then be fully prepared to submit the appropriate papers to Your Honor, proceed with the Infant Compromise Hearings and dispose of this matter. I am available at the Court's convenience if Your Honor determines that a telephone conference is the most expeditious way to proceed.

Thank you in advance for your consideration of this matter.

Respectfully,

BARRY R. SUGARMAN

BRS/sr
cc:   John A. McManus, Esq.
      Daniel S. Perlman, Esq.
      Beth Shapiro, Esq.
      Kenneth McClellan, Esq.